■ ALLAN GREENE, Appellant, v NANCY GREENE, Respondent. [655 NYS2d 400] —In a matrimonial action in which the parties were divorced by a judgment dated August 25, 1981, the plaintiff former husband appeals from an order of the Supreme Court, Nassau County (O'Brien, J.), dated January 26, 1996, which denied, without a hearing, his motion pursuant to Domestic Relations Law § 236 (B) (9) (b) and § 248 to terminate his maintenance obligation in the weekly amount of $100.

Ordered that the order is affirmed, without costs or disbursements.

The plaintiff's submissions failed to disclose a genuine question of fact as to whether the continued enforcement of the maintenance provision would create an extreme hardship for him (*see, Grimaldi v Grimaldi*, 167 AD2d 443). Accordingly, the court did not err in denying his motion without a hearing. Mangano, P. J., O'Brien, Pizzuto, Goldstein and Luciano, JJ., concur.

■ KENNETH GREENE, Appellant, v RMS NETWORK, INC., et al., Respondents. [655 NYS2d 401] —In an action to recover damages for breach of contract, the plaintiff appeals from an order of the Supreme Court, Nassau County (O'Brien, J.), dated May 21, 1996, which denied his motion for partial summary judgment on the first and second causes of action.

Ordered that the order is affirmed, with costs.

The existence of issues of fact preclude the granting of partial summary judgment. Rosenblatt, J. P., Copertino, Pizzuto, Krausman and Florio, JJ., concur.